UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONE ROCK CAPITAL PARTNERS, LLC,

                Plaintiff,

-against-

ONEROCK ENERGY HOLDINGS, LLC et al.,

                Defendants.

23-CV-09126 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the dates and deadlines set forth in the previous order on February 12, 2024. *See* Dkt. No. 24. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 5, 2024
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/05/2024